UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES MURPHY,<br><br>                          Plaintiff,<br><br>-against-<br><br>HATCHBEAUTY PRODUCTS, LLC,<br><br>                          Defendant. | 25-CV-3177 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's **April 24, 2025** Order, ECF No. **6**, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **July 9, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **July 14, 2025**.

      SO ORDERED.

Dated: July 10, 2025
       New York, New York

                                                       ARUN SUBRAMANIAN
                                                United States District Judge