UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JAMES MURPHY, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

          Plaintiffs,

          v.

HATCHBEAUTY PRODUCTS, LLC,

          Defendant.

------------------------------------- x

No.: 1:25-cv-3177

**NOTICE OF VOLUNTARY DISMISSAL**

     Plaintiff(s), JAMES MURPHY, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, HATCHBEAUTY PRODUCTS, LLC, without prejudice and without fees and costs.

Dated: New York, New York
       July 10, 2025

                                                        **GOTTLIEB & ASSOCIATES PLLC**

                                                              _/s/Michael A. LaBollita, Esq._

                                        Michael A. LaBollita, Esq., (ML-9985)
                                                       150 East 18th Street, Suite PHR
                                                                   New York, NY 10003
                                                                        Phone: (212) 228-9795
                                                                            Fax: (212) 982-6284
                                                                       Michael@Gottlieb.legal

                                                                            _Attorneys for Plaintiffs_

SO ORDERED:

_____
United States District Court Judge